UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LIZ I. BRORSON,

        Plaintiff,

v.

MILLENIUM MEDICAL GROUP, P.C.,

        Defendant.
                                              /

Case No. 10-10943

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

Plaintiff Liz I. Brorson filed an amended complaint in this matter, alleging violations of the Family Medical Leave Act in Count I and violations of Michigan's Persons with Disabilities Act in Count II. Although Plaintiff's federal cause of action is cognizable in this court pursuant to 28 U.S.C. § 1331, the other allegations present a claim based solely on state law. This court declines to exercise supplemental jurisdiction over Plaintiff's state law claim in order to avoid jury confusion. See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, it is hereby **ORDERED** that Count II of the complaint is **DISMISSED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: May 13, 2010

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 13, 2010, using the ECF system and/or ordinary mail.

<pre>                                        s/William Barkholz
                                        Case Manager</pre>